AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

JOHN SALCEDO

*Plaintiff(s)*

v.

Civil Action No.  0:14-cv-62961-WPD

THE LAW OFFICES OF JASON A. DIAMOND, P.A,
d/b/a "The Traffic Ticket Team" and
CALLFIRE, INC. d/b/a "EZ Texting.com"

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CALLFIRE, INC. d/b/a EZ TEXTING.COM
c/o Corporation Service Company (Registered Agent)
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS
SCOTT D. OWENS, P.A.
3800 S. OCEAN DR., STE. 235
HOLLYWOOD, FL 33019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 16, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts