UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JOHN SALCEDO, individually and on behalf of others similarly situated,

Plaintiff,

v.

THE LAW OFFICES OF JASON A. DIAMOND, P.A. d/b/a "The Traffic Ticket Team," a Florida professional association, and
CALLFIRE, INC. d/b/a EZ TEXTING.COM, a foreign corporation,

Defendant.

CASE NO. 0:14-cv-62961-WPD

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Judgment Against the Law Offices of Jason A. Diamond, P.A., which the Court granted in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This Court having accepted the allegations Plaintiff's Complaint relating to The Law Offices of Jason A. Diamond, P.A. as true, enters Default Judgment in favor of the Plaintiff, John Salcedo, and against Defendant, The Law Offices of Jason A. Diamond, P.A, finding said Defendant's actions as alleged in the Complaint to be in violation of 15 U.S.C. § 227(b)(1)(A)(iii).

2. The Law Offices of Jason A. Diamond, P.A., and any other person or entity associated with them, or any successor thereof, is permanently enjoined and

-2-

prohibited from engaging in conduct that violates any of the provisions of the Act and Regulations as alleged in the Complaint or set forth in this Order.

This Court retains jurisdiction over this matter regarding the issue of damages, attorneys' fees and costs, the appropriateness of class certification, Defendant CallFire, Inc.'s liability, if any, and any other matter necessary to the complete adjudication and disposition of this matter.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 22nd day of April 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

The Law Offices of Jason A. Diamond, P.A.
d/b/a "The Traffic Ticked Team"
c/o Registered Agent Rhonda M. Diamond
4421 Hollywood Blvd.
Hollywood, FL 33021