UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:14-cv-62961-Dimitrouleas/Snow

JOHN SALCEDO, individually and on behalf of others similarly situated,

        Plaintiff,

  v.

THE LAW OFFICES OF JASON A. DIAMOND, P.A. d/b/a "The Traffic Ticket Team," a Florida professional association, and CALLFIRE, INC. d/b/a EZ TEXTING.COM, a foreign corporation,

        Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CALLFIRE, INC. (ONLY)

IT IS HEREBY stipulated by and between the undersigned counsel for the Plaintiff, JOHN SALCEDO, and Defendant, CALLFIRE, INC. d/b/a EZ TEXTING.COM ("Callfire"), that this action is hereby dismissed with prejudice as to Defendant Callfire (only), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each of the respective parties herein to bear their own attorneys' fees and costs unless expressly agreed upon otherwise by the parties.

Dated: May 10, 2015

Respectfully submitted,

*s/ Scott D. Owens*_____
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Phone  954-589-0588
Fax     954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*


*s/ Morgan Swing*_____
Charles M. Rosenberg
Fla. Bar No. 279064
Morgan L. Swing
Fla. Bar No. 17092
*Attorneys for CallFire, Inc.*
CARLTON FIELDS, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Tel: (305) 530-0050
Fax: (305) 530-0055
E-Mail: crosenberg@carltonfields.com
E-mail: mswing@carltonfields.com
*Attorneys for CallFire*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that that a true and correct copy of the foregoing document was filed with the United States District Court for the Southern District of Florida and was served by using CM/ECF, on May 10, 2015, on all counsel or parties of record.

                                                                                                */s/ Scott D. Owens*
                                                                                                  Attorney for Plaintiff