## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| JOHN SALCEDO, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **CASE NO. 14-cv-62961-WPD** |
| v. | ) ) | |
| THE LAW OFFICES OF JASON A. DIAMOND, P.A. d/b/a "The Traffic Ticket Team," a Florida professional association, and CALLFIRE, INC. d/b/a EX TEXTING.COM, a foreign corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### SATISFACTION OF JUDGMENT

Plaintiff, JOHN SALCEDO, by and through his undersigned counsel, acknowledges satisfaction in full of the Judgment against Defendant, The Law Offices of Jason A. Diamond, P.A., (ECF No. 25) entered in this matter on April 22, 2015.

The Clerk of the Court is hereby authorized and requested to enter a full satisfaction of judgment of record.

Dated:  October 9, 2015.

Respectfully submitted,

/s/ Scott D. Owens
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL  33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties listed below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

 /s/ Scott D. Owens
Scott D. Owens, Esq.